## 10951. CUTTS v. THE STATE.

BLOODWORTH, J. 1. When considered in the light of the entire charge and of the facts, and of the qualifying note of the trial judge to the first ground of the motion for a new trial, the motion points out no error which would require the grant of a new trial.

2. The evidence authorized the conviction, the verdict is approved by the presiding judge, no error of law is pointed out, and the judgment is
*Affirmed. Broyles, C. J., and Luke, J., concur.*
DECIDED DECEMBER 9, 1919.

Indictment for manufacture of intoxicating liquor; from Terrell superior court—Judge Worrill. September 22, 1919.

*W. H. Gurr,* for plaintiff in error.

*B. T. Castellow,* solicitor-general, *R. R. Arnold,* contra.

---

## 10952. GARRETT v. THE STATE.

BROYLES, C. J. 1. The court did not err in admitting the testimony complained of in the 1st special ground of the motion for a new trial. Under the facts of the case it was legal and relevant.

2. The excerpt from the charge of the court, excepted to, is not erroneous for any reason assigned.

3. The evidence authorized the verdict, and the court did not err in refusing to grant a new trial.
*Judgment affirmed. Luke and Bloodworth, JJ., concur.*
DECIDED DECEMBER 9, 1919.

Indictment for manufacture of liquor; from Terrell superior court—Judge Worrill. September 22, 1919.

*Yeomans & Wilkinson,* for plaintiff in error.

*B. T. Castellow,* solicitor-general, *R. R. Arnold,* contra.

---

## 10963. BAYNES v. THE STATE.

BROYLES, C. J. The motion for a new trial contained only the usual general grounds; the verdict was amply authorized by the evidence; and the court did not err in declining to grant a new trial.
*Judgment affirmed. Luke and Bloodworth, JJ., concur.*
DECIDED DECEMBER 9, 1919.

Indictment for manufacture of intoxicating liquor; from Jasper superior court—Judge Park. September 24, 1919.

*A. S. Thurman,* for plaintiff in error.

*Doyle Campbell,* solicitor-general, contra.